# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON, And RICHARD W. DEARBORN Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORTON LLP, <br><br> Defendants. | Case No. 1:05-cv-334 (JJF) <br><br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

1.    Drinker Biddle & Reath LLP is authorized to accept on behalf of defendant Thomas D. Davis, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Thomas Davis's defenses except as to sufficiency of service of process;

2.    The time for Thomas Davis to move, answer or otherwise respond to the complaint in this action is hereby extended to and including forty-five (45) days after the later of: (a) the Court's selection of a lead plaintiff pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78a, *et seq.*, as amended by the private Securities Litigation Reform Act of 1995 (the "PSLRA"), or (b) the date on which an amended complaint, if any, is served upon counsel for Thomas Davis.

PHLIT\530446\1

Dated: _Jun 13_, 2005

**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**


By:_____
Seth D. Rigrodsky (#3147)
Ralph N. Sianni (#4151)
Brian D. Long (#4347)
919 N. Market Street, Suite 411
Wilmington, DE   19801
(302) 984-0597 (Tel)
(302) 984-0870 (Fax)


--and--


**MILBERG WEISS BERSHAD
 & SCHULMAN LLP**
Steven G. Schulman
David P. Brower
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza – 49th Floor
New York, NY   10119-0165
(212) 594-5300 (Tel)
(212) 868-1229 (Fax)

**HOLMAN LAW OFFICE**
Thomas A. Holman (TAH-2094)
One Pennsylvania Plaza — Suite 4632
New York, N.Y. 10119
Telephone:  (212) 699-4596
Facsimile:  (212) 947-9967



*Plaintiffs' Counsel*

SO ORDERED.



Dated:_____, 2005

Dated: _Jun 13_, 2005

**DRINKER BIDDLE & REATH LLP**


By:_____
William T. Quillen (#179)
David P. Primack    (#4449)
1100 N. Market Street, Suite 1000
Wilmington, DE   19801-1254
(302) 467-4200 (Tel)
(302) 467-4201 (Fax)


--and--


**DRINKER BIDDLE & REATH LLP**
Edward M. Posner
Susan M. Kennedy
One Logan Square
18th and Cherry Streets
Philadelphia, PA   19103
(215) 988-2700 (Tel)
(215) 988-2757 (Fax)


*Counsel for Defendant
Thomas D. Davis*


_____
United States District Judge