IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL FEHRENBACHER, Individually and On Behalf Of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>-against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., AND THOMAS D. DAVIS,<br><br>                    Defendants. | C.A. No. 05-256-SLR |

[additional captions on the following pages]

**CERTIFICATE OF SERVICE**

| | |
|---|---|
| ROBERT H. AYLOR, JR., On Behalf Of Himself and All Others Similarly Situated,  :<br><br>                        Plaintiff,  :<br><br>         -against-  :<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAIVS  :<br>                        Defendants.  : | C.A. No. 05-222-SLR |

| | |
|---|---|
| MOSHE TAL, Individually and On Behalf Of All Others Similarly Situated,  :<br><br>                        Plaintiff,  :<br><br>         -against-  :<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., and THOMAS D. DAVIS,  :<br>                        Defendants.  : | C.A. No. 05-242-SLR |

|  |  |
|---|---|
| JEFFREY M. JASKOL AND STACEY J. JASKOL, Individually and On Behalf Of All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>         -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>                                  Defendants. | C.A. No. 05-268-SLR |

|  |  |
|---|---|
| JOSEPH DANIEL WAUHOP, On Behalf Of Himself and All Others Similarly Situated,<br><br>                                  Plaintiff,<br><br>         -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, JOHN F. MOYNAHAN and GRANT THORNTON, LLP,<br>                                  Defendants. | C.A. No. 05-310-SLR |

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON and RICHARD W. DEARBORN, Individually and On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>                              Defendants. | C.A. No. 05-334-JJF |
| CHARLES W. SMITH, Individually and On Behalf Of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>         -against-<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, M.D., THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON, LLP,<br>                              Defendants. | C.A. No. 05-354-SLR |

I, Robert R. Davis, do hereby certify that on June 14, 2005 true and accurate copies of the foregoing Michael Fehrenbacher, Anandamoy Sahoo, Hamed Hashem Alsabbagh, Ghaith Hashem Alsabbagh, and Rabab Hamed Naji's Motion for Consolidation of all Related Actions, Appointment of Lead Counsel, and Approval of Proposed Lead Plaintiffs' Selection of Lead Counsel; Brief in Support of their Motion for Consolidation of all Related Actions, Appointment of Lead Counsel, and Approval of Proposed Lead Plaintiffs' Selection of Lead Counsel; Proposed Order Granting Their Motion for Consolidation, Appointment of Lead Counsel, and Approval of Proposed Lead Plaintiffs' Selection of Lead Counsel; and Affidavit of Robert R. Davis in Support of their Motion for Consolidation of all Related Actions, Appointment of Lead Counsel, and Approval of Proposed Lead Plaintiffs' Selection of Lead Counsel, were served on the following counsel of record via UPS Overnight to:

### BY UPS OVERNIGHT

**PLAINTIFFS:**

**LANDSKRONER, GRIECO, MADDEN, LTD.**
Jack Landskroner
Paul Greico
1360 West 9th Streetm Suite 200
Cleveland, OH 44113
Tel: (216) 522-9000
*Counsel for Robert H. Aylor, Jr.*
*Counsel for Joseph D. Wauhop*

**MILBERG, WEISS, BERSHAD & SCHULMAN LLP**
Steven G. Schulman
Peter E. Seidman
Sharon M. Lee
One Pennsylvania Plaza
New York, NY 10019
Tel: (212) 594-5300
*Counsel for Moshe Tal*
*Counsel for Jeffrey M. Jaskol*
*Counsel for Stacey J. Jaskol*
*Counsel for Christina W. & John Donnelly, James G. Williamson & Richard W. Dearborn*

**SCHATZ & NOBEL, P.C.**
Andrew M. Schatz
Jeffrey S. Nobel
One Corporate Center
20 Church Street
Hartford, CT 06103
Tel: (216) 522-9000
*Counsel for Robert H. Aylor, Jr.*
*Counsel for Joseph D. Wauhop*

**STULL, STULL & BRODY**
Jules Brody
Aaron Brody
Tzivia Brody
5 East 45th Street
New York, NY 10017
Tel: (212) 687-7230
*Counsel for Moshe Tal*

**MILBERG, WEISS, BERSHAD & SCHULMAN LLP**
Seth D. Rigrodsky
Ralph N. Sianni
Brian D. Long
919 North Market Street
Wilmington, DE 19801
Tel: (302) 984-0597
*Counsel for Moshe Tal*
*Counsel for Jeffrey M. Jaskol*
*Counsel for Stacey J. Jaskol*
*Counsel for Christina W. & John Donnelly, James G. Williamson & Richard W. Dearborn*

**SHEPPHERD, FINKELMAN, MILLER & SHAH, LLC**
James E. Miller
Patrick A. Klingman
Karen M. Leser
65 Main Street
Chester, CT 06412
Tel: (860) 526-1100
*Counsel for Robert H. Aylor, Jr.*
*Counsel for Joseph D. Wauhop*

**SHEPPHERD, FINKELMAN, MILLER & SHAH, LLC**
Scott R. Shephard
James C. Shah
35 East State Street
Media, PA 19063
Tel: (610) 891-9880
*Counsel for Robert H. Aylor, Jr.*
*Counsel for Joseph D. Wauhop*
*Counsel for Charles W. Smith*

**WEISS & LURIE**
Joseph H. Weiss
551 Fifth Avenue
New York, NY 10176
Tel: (212) 682-3025
*Counsel for Moshe Tal*

**FEDERMAN & SHERWOOD**
William B. Federman
Wm. Pat Wasson
120 No. Robinson, Suite 2720
Oklahoma City, OK 73102
Tel: (405) 235-1560
*Counsel for Charles W. Smith*

**HOLMAN LAW OFFICE**
Thomas A. Holman
One Pennsylvania Plaza, Suite 4632
New York, NY 10119
Tel: (212) 699-4596
*Counsel for Christina W. & John Donnelly, James G. Williamson & Richard W. Dearborn*

**ROSENTHAL, MONHAIT, GROSS,**
**& GODDESS**
Jessica Zeldin
919 Market Street
Wilmington, DE 19899-1070
Tel: (302) 656-1433
*Counsel for Robert H. Aylor, Jr.*
*Counsel for Joseph D. Wauhop*
*Counsel for Charles W. Smith*

**BY UPS OVERNIGHT**

**DEFENDANTS:**

**McGUIRE WOODS LLP**
Robert Plotkiner
Washington Square
1050 Connecticut Avenue, NW
Suite 1200
Washington, DC 20036
Tel: (202) 857-1700
*Counsel for Xybernaut Corporation*

**DIMURA GINSBERG P.C.**
John M. Tran
908 King Street, Suite 200
Alexandria, VA 22314
Tel: (703) 684-4333
*Counsel for Edward G. Newman.*

**DRINKER BIDDLE & REATH, LLP**
Edward M. Posner
Susan M. Kennedy
One Logan Square
18th and Cherry Streets
Philadelphia, PA
*Counsel for Thomas D. Davis*

**REES, BROOME & DIAZ, P.C.**
Robert E. Scully, Jr.
8133 Leesburg Pike, 9th Floor
Tysons Corner, VA 22182
Tel: (703) 790-1911
*Counsel for Steven A. Newman.*

Bruce C. Hayden
**c/o XYBERNAUT CORPORATION**
12701 Fair Lakes Circle, Suite 550
Fairfax, VA 22033
*(Counsel Unknown)*

Bruce C. Hayden
15301 Limestone School Road
Leesburg, VA 20176
*(Counsel Unknown)*

GRANT THORNTON LLP
General Counsel
2070 Chain Bridge Road, Suite 300
Vienna, VA 22182
*(Counsel Unknown)*

Dated: June 14, 2005                    **CHIMICLES & TIKELLIS LLP**

　　　　　　　　　　　　　　　　　　　　／s/
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Pamela S. Tikellis (#2172)
　　　　　　　　　　　　　　　　　　　　Robert J. Kriner (#2546)
　　　　　　　　　　　　　　　　　　　　A. Zachary Naylor (#4439)
　　　　　　　　　　　　　　　　　　　　Robert Davis (#4536)
　　　　　　　　　　　　　　　　　　　　P.O. Box 1035
　　　　　　　　　　　　　　　　　　　　One Rodney Square
　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware  19899
　　　　　　　　　　　　　　　　　　　　Tel: (302) 656-2500
　　　　　　　　　　　　　　　　　　　　Proposed Lead Delaware Counsel

OF COUNSEL:

Sarraf Gentile
111 John Street, 8th Floor
New York, NY 10038
Ronen Sarraf (of the New York bar)
Joseph Gentile (of the New York bar)
111 John Street, 8th Floor
New York, NY 10038

Proposed Lead Counsel

Bruce Murphy, Esq.
265 Llwyds Ln.
Vero Beach, Florida 32963
(772) 231-4202