# EXHIBIT A

**Supplemental Chart of Losses**

**Kenneth James**

Uncounted Sales

| Date | Shares | Price | Share Value | | |
|---|---|---|---|---|---|
| 9/30/2002 | 5,950 | 0.23 | 1368.5 | | |
| 8/30/2002 | 2,000 | 0.22 | 440 | | |
| 9/30/2002 | 3,120 | 0.21 | 655.2 | | |
| 10/15/2003 | 2,000 | 2.02 | 4040 | sum stock purchased | 56,645 |
| 10/15/2003 | 1,100 | 2.03 | 2233 | sum value purchased | 97,468 |
| 10/15/2003 | 900 | 2.03 | 1827 | base purchase | 7,930 |
| 10/15/2003 | 1,000 | 2.03 | 2030 | | |
| 10/15/2003 | 3,000 | 2.03 | 6090 | sum gain | 89,538 |
| 11/4/2003 | 15,100 | 2.09 | 31559 | | |
| 11/4/2003 | 100 | 2.098 | 209.8 | Group Loss After Gain | 337,468.26 |
| 11/4/2003 | 100 | 2.099 | 209.9 | | |
| 11/4/2003 | 200 | 2.1 | 420 | | |
| 11/4/2003 | 29 | 2.09 | 60.61 | | |
| 11/4/2003 | 200 | 2.1 | 420 | | |
| 11/4/2003 | 100 | 2.108 | 210.8 | | |
| 11/4/2003 | 100 | 2.1 | 210 | | |
| 11/4/2003 | 380 | 2.1 | 798 | | |
| 11/4/2003 | 2,000 | 2.1 | 4200 | | |
| 11/4/2003 | 4,921 | 2.1 | 10334.1 | | |
| 11/4/2003 | 3,500 | 2.102 | 7357 | | |
| 11/4/2003 | 1,970 | 2.105 | 4146.85 | | |
| 11/4/2003 | 2,030 | 2.105 | 4273.15 | | |
| 11/4/2003 | 100 | 2.11 | 211 | | |
| 11/4/2003 | 5,000 | 2.1 | 10500 | | |
| 11/4/2003 | 1,745 | 2.1 | 3664.5 | | |

**Ed Paige**
Uncounted Sales (sales partially accounted for in bold)

| Date | Shares | Price | Share Value | Recognized | |
|---|---|---|---|---|---|
| 11/27/2002 | **50,000** | 0.81 | 40500 | $6885 (8500 shares) | sum stock purchased 253,255 |
| 2/14/2003 | 2,500 | 0.42 | 1050 | | sum value purchased 260,707 |
| 2/14/2003 | 1,000 | 0.42 | 420 | | base purchase 50,651 |
| 2/14/2003 | 400 | 0.42 | 168 | | |
| 2/14/2003 | 300 | 0.42 | 126 | | sum gain 210,056 |
| 2/14/2003 | 100 | 0.42 | 42 | | |
| 3/7/2003 | 29,341 | 0.38 | 11149.58 | | |
| 3/7/2003 | 3,259 | 0.38 | 1238.42 | | Loss After Gain 27,271.59 |
| 3/7/2003 | 2,500 | 0.4 | 1000 | | Group Loss After Gain 753,450.59 |
| 3/7/2003 | 1,000 | 0.38 | 380 | | |
| 3/7/2003 | 1,000 | 0.38 | 380 | | |
| 3/7/2003 | 600 | 0.38 | 228 | | |
| 3/19/2003 | 25,200 | 0.41 | 10332 | | |
| 3/19/2003 | 2,800 | 0.41 | 1148 | | |
| 12/10/2004 | **25,000** | 1.39 | 34750 | $8052.27 (5793 shares) | |
| 12/10/2004 | 5,500 | 1.4 | 7700 | | |
| 12/13/2004 | 58,524 | 1.41 | 82518.84 | | |
| 12/13/2004 | 58,524 | 1.41 | 82518.84 | | |