IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON AND RICHARD W. DEARBORN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN, and GRANT THORNTON LLP,<br><br>Defendants. | Case no. 1: 05-cv-334 (SLR)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties and/or their counsel for the respective parties, as follows:

1. LeClair Ryan, A Professional Corporation is authorized to accept on behalf of defendant Bruce C. Hayden, and does hereby accept, service of the summons and complaint in this action without prejudice and without waiver of Hayden's defenses except as to sufficiency of service of process.

2. The time for Hayden to move, answer or otherwise respond to the complaint in this action is hereby extended to and including forty-five (45) days after the later of:

(a) the Court's selection of a lead plaintiff pursuant to §21D(a)(3) of the Securities Exchange Act of 1934, 15 U.S.C. §78a, *et seq.*, as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), or (b) the date on which an amended complaint, if any, is served upon

counsel for Hayden.

Dated: 7/13, 2005

**MILBERG WEISS BERSHAD & SCHIULMAN LLP**

By: _____
Seth. Rigrodsky (#3 147)
Ralph N. Sianni (#4151)
Brian D. Long (#4347)
919 N. Market Street, Suite 411
Wilmington, DE 19801
(302) 984-0597 (Tel)
(302) 984-0870 (Fax)

--and--

**MILBERG WEISS BERSHAD & SCHULMAN LLP**

Steven G. Schulman
David P. Brower
Peter F. Seidman
Sharon M. Lee
One Pennsylvania Plaza – 49th Floor
NewYork, NY 10119-0165
Telephone: (212) 594-5300
Facsimile: (212) 868-1229

**HOLMAN LAW OFFICE**
Thomas A. Holman (TAH – 2094)
One Pennsylvania Plaza – Suite 4632
New York, New York 10119
(212) 699-4956
(212) 947-9967
**Plaintiffs' Counsel**

SO ORDERED.

Dated: _____, 2005

Dated: July 14, 2005

**RICHARDS, LAYTON & FINGER**

By: _____
Raymond J. DiCamillo (#3188)
Jeffrey L. Moyer (#3309)
One Rodney Square
920 North King Street
Wilmington, DE 19801
(302) 651-7700 (Tel)
(302) 651-7701 (Fax)

--and--

**LECLAIR RYAN, A PROFESSIONAL CORPORATION**

William E. Donnelly
1701 Pennsylvania Avenue, N.W.
Suite 1045
Washington, D.C. 20006

**Counsel for Defendant
Bruce C. Hayden**

_____
United States District Judge