IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRISTINA W. DONNELLY, JOHN DONNELLY, JAMES G. WILLIAMSON, and RICHARD W. DEARBORN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>XYBERNAUT CORPORATION, EDWARD G. NEWMAN, STEVEN A. NEWMAN, THOMAS D. DAVIS, BRUCE C. HAYDEN and GRANT THORNTON LLP,<br><br>Defendants. | Civil Action No.: 05-334-SLR |



## NOTICE OF BANKRUPTCY

PLEASE TAKE NOTICE that Defendant Xybernaut Corporation has filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code (a copy of the petition is attached hereto as Exhibit A);

PLEASE TAKE FURTHER NOTICE that the petition was filed in the United States Bankruptcy Court for the Eastern District of Virginia, Alexandria Division, on July 25, 2005 and has been assigned docket number 05-12801;

PLEASE TAKE FURTHER NOTICE that as a result of this bankruptcy petition, proceedings in the above-captioned action are automatically stayed pursuant to 11 U.S.C. § 362.

Dated: July 28, 2005

Respectfully submitted,

By: /s/ Robert Plotkin

Robert Plotkin
MCGUIREWOODS LLP
1050 Connecticut Ave., N.W., Suite 1200
Washington, D.C. 20036
Telephone: (202) 857-1750
Facsimile: (202) 857-1737

ATTORNEY FOR XYBERNAUT CORPORATION

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28TH day of July 2005, a copy of the foregoing Notice of Bankruptcy was sent via first class mail to:

>William E. Donnelly
>LeClair Ryan, P.C.
>1701 Pennsylvania Avenue, N.W., Suite 1045
>Washington, DC 20006
>Attorney for Bruce C. Hayden
>
>Patrick A. Klingman
>Shepherd, Finkelman, Miller & Shah, LLC
>65 Main Street
>Chester, Connecticut 06412
>Attorney for Joseph Daniel Wauhop
>
>Andrew J. Morris
>Mayer, Brown, Rowe & Maw LLP
>1909 K Street, N.W.
>Washington, DC 20006
>Attorney for Grant Thornton, LLP
>
>James E. Miller
>Shepherd, Finkelman, Miller & Shah, LLC
>65 Main Street
>Chester, Connecticut 06412
>Attorney for Robert H. Aylor
>
>Edward M. Posner
>Drinker, Biddle & Reath, L.L.P.
>One Logan Square
>18th & Cherry Streets
>Philadelphia, Pennsylvania 19103-6996
>Attorney for Thomas D. Davis
>
>Steven G. Schulman
>Milberg, Weiss, Bershad & Schulman, LLP
>One Pennsylvania Plaza, 49TH Floor
>New York, NY 10119-0165
>Attorney for Moshe Tal
>
>Robert E. Scully, Jr.
>Rees, Broome & Diaz, P.C.
>8133 Leesburg Pike, 9TH Floor

Vienna, Virginia 22182
Attorney for Steven A. Newman, M.D.

Peter E. Seidman
Milberg, Weiss, Bershad & Schulman, LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Attorney for Richard W. Dearborn, Christina W. Donnelly, John Donnelly, Jeffrey M. Jaskol, Stacey J. Jaskol, James Williamson

Daniel S. Sommers
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, D.C. 20005-3964
Attorney for Don R. Heilman, Dean Lawthers, Simona Zuccarelli

Pamela S. Tikellis
Chimicles & Tikellis, LLP
One Rodney Square, Suite 500
P.O. Box 1035
Wilmington, Delaware 19899
Attorney for Michael Fehrenbacher

John M. Tran
DiMuro Ginsberg, P.C.
908 King Street, Suite 200
Alexandria, Virginia 22314
Attorney for Edward G. Newman

Jessica Zeldin
Rosenthal, Monhait, Gross & Goddess
Mellon Bank Center, Suite 1401
919 Market Street
Wilmington, Delaware 19899-1070
Attorney for Charles W. Smith

Joseph N. Gielata
501 Silverside Road, Suite 90
Wilmington, Delaware 19809
Attorney for Charles W. Smith

_____
Robert Plotkin