IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRISTINA W. DONNELLY, JOHN )
DONNELLY, JAMES G. WILLIAMSON, )
and RICHARD W. DEARBORN, )
individually and on behalf of )
all others similarly situated, )
)
      Plaintiffs, )
)
v. ) Civ. No. 05-334-SLR
)
XYBERNAUT CORPORATION, EDWARD )
G. NEWMAN, STEVEN A. NEWMAN, )
M.D., THOMAS D. DAVIS, BRUCE )
C. HAYDEN, and GRANT THORNTON )
LLP, )
)
      Defendants. )

**O R D E R**

At Wilmington this 17th day of August, 2005, defendant Xybernaut Corporation having filed a Notice of Bankruptcy with the court on August 1, 2005 (D.I. 27);

IT IS ORDERED that said defendant shall be terminated as an active party in the above-captioned case until further order of the court.

                                                    _____
                                                    United States District Judge